THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Priscilla I.,
 sic Corcella I., and Michael I. Appellants.
 In the interest
 of: H. I., T. I., J. I., and N. I.; all minors under the age of 18.
 
 
 

Appeal From Florence County
 Jerry D. Vinson, Jr., Family Court Judge
Unpublished Opinion No.  2007-UP-524
Submitted November 1, 2007  Filed
 November 13, 2007
AFFIRMED

 
 
 
 E. Hood Temple and M. Scott Taylor, both of Florence, for
 Appellants.
 Newton L. Howle, of Florence, for Respondent.
 Stacy E. Thompson, of Columbia, for
 Guardian Ad Litem.
 
 
 

PER CURIAM: Parents
 appeal from an order of the family court which prohibited them from
 home-schooling their children until further order of the court.  Parents argue
 this provision in the order violates their constitutionally-protected parental
 rights.  We affirm pursuant to Rule 220(b)(2), SCACR, and the following
 authorities: S.C. Code Ann. § 20-7-764 (H)
 (1976) (Any objections to the sufficiency of a plan or the process by which a
 plan was developed must be made at the hearing on the plan.  Failure to request
 a hearing or to enter an objection at the hearing constitutes a waiver of the
 objection.); State v. Varvil, 338 S.C. 335, 339, 526 S.E.2d 248, 250 (Ct.
 App. 2000) ([C]onstitutional arguments are no exception to the [error preservation]
 rule, and if not raised to the trial court are deemed waived on appeal.); and State
 v. Byram, 326 S.C. 107, 113, 485 S.E.2d 360, 363 (1997) ( [A]
 constitutional argument is not preserved for appeal where appellant failed to
 argue the constitutional basis for his request at trial.). [1]
Therefore, the family courts order is
AFFIRMED. [2] 
 
HEARN, C.J., and KITTREDGE and THOMAS,
 JJ., concur.    

[1]  We decide this case without oral
 argument pursuant to Rule 215, SCACR.
[2]  On November 30, 2006, Appellants
 counsel filed a supplemental motion with this court asking to be relieved as
 counsel; we hereby grant the motion.